# EXHIBIT 3

EXHIBIT 3

## PATENT ASSIGNMENT

WHEREAS, the undersigned, C. Douglass Thomas, a resident of California (hereinafter termed "Inventor"), has been granted U.S. Patent Number 7,366,522, entitled, "Method and System for Location Tracking", on April 29, 2008 (the "Patent").

WHEREAS Guardian Location Systems, LLC (hereinafter termed "Assignee"), a limited liability company of the State of  Texas, having a place of business at 6755 Phelan #24, Suite F, Beaumont, Texas, wishes to acquire the entire right, title and interest in and to the Patent.

NOW THEREFORE, for good and valuable consideration acknowledged by the Inventor to have been adequate and received in full from the Assignee:

1. The Inventor does hereby sell, assign, transfer and convey unto the Assignee, the entire right, title and interest (a) in and to the Patent; (b) in and to each and every reissue, extension, divisional, renewal, provisional, and continuation of the Patent; (c) in and to each and every patent claim resulting from a reexamination certificate for the Patent; and (d) in and to causes of action and enforcement rights for the Patent including all rights to pursue damages, injunctive relief and other remedies for past and future infringement of the Patent.

2. The Inventor hereby covenants and agrees to cooperate with the Assignee to enable the Assignee to enjoy to the fullest extent the right, title and interest herein conveyed.  Such cooperation by the Inventor shall include, without limitation, prompt production of pertinent facts and documents, giving of testimony, executing of petitions, oaths, specifications, declarations or other papers, and other assistance all to the extent deemed necessary or desirable by the Assignee (a) for perfecting in the Assignee the right, title and interest herein conveyed; (b) for complying with any duty of disclosure; (c) for filing and prosecuting applications for reissue of the Patent; (d) for interference or other priority proceedings involving the invention underlying the Patent; and (e) for legal proceedings involving the invention underlying the Patent and/or the Patent, including without limitation opposition proceedings, cancellation proceedings, priority contests, public use proceedings, reexamination proceedings, compulsory licensing proceedings, infringement actions and court actions; provided, however, that the expense incurred by the Inventor in providing such cooperation shall be paid for by the Assignee.

3. The terms and covenants set forth in this Patent Assignment shall inure to the benefit of the Assignee, its successors, assigns and other legal representatives, and shall be binding upon the Inventor, the Inventor's heirs, legal representatives and assigns.

4. The Inventor hereby warrants and represents that the Inventor has not entered and will not enter into any assignment, contract, or understanding in conflict herewith.

**EXHIBIT 3**

IN WITNESS WHEREOF, the Inventor has executed this instrument on the date indicated below and delivered this instrument to Assignee.

Date: _8/1/2010_

_____
C. Douglass Thomas