# EXHIBIT 4

# EXHIBIT 4



81631573.1