# EXHIBIT 5

# EXHIBIT 5



81631598.1