# EXHIBIT 6

# EXHIBIT 6

Answers to FAQs

http://support.vzw.com/clc/faqs/Features%20and%20Optional%20Services/family_locator.html

RESIDENTIAL | BUSINESS | WIRELESS

My Verizon | Cart Empty | Prior Lake, MN

verizonwireless

Español | Why Verizon | About Us | Contact Us | Store Locator | Coverage Locator

Phones & Devices | Plans | Accessories | Entertainment & Apps | Messaging | Business | Support | SEARCH

## Wireless Support

Need help with your Internet, TV or home phone? Visit Residential Support

Search for Support

Example: How do I download VZ Navigator? Search

Popular Searches: backup assistant, email, battery

- Support Home
- Services
- FAQs
- Demos
- Forums & Blogs

Do you like this page design? Please share your opinion with us.

### Select a Category to View Related Support Topics

Features and Optional Services

### Features and Optional Services

- # Features
- 3-Way Calling
- 411 Search
- Alerts - Text and Picture
- Asian Language
- BilltoMobile
- Call Forwarding
- Call Waiting
- Caller ID & Caller ID Blocking
- Content Filtering
- Data Session Call Waiting (CPOP)
- Equipment Protection
- **Family Locator**
  - **General Information**
  - Configuring & Managing Family Locator
  - Getting Family Locator
  - Using Family Locator
  - Changes from Chaperone to Family Locator
- Friends & Family®

### Questions & Answers

- What is Family Locator?
- What can Family Locator do?
- What calling plans are required to use Family Locator?
- **How much does Family Locator cost?**

Family Locator costs $9.99 per month per Locatee line. There is no charge for the Locator line(s). Airtime or Megabyte charges may apply for the application downloads. There is no charge for the Updates or locate attempts associated with Family Locator made from a PC at http://familylocator.vzw.com or the Mobile Phone at http://fl.vzw.com. The recommended way to access the mobile website from your phone is VZW Today > My Verizon > My Services > Family Locator or Menu >Settings & Tools Menu > My Account > My Services > Family Locator); for all other navigation paths, Airtime or Megabyte charges may apply.

- Who can I locate with Family Locator?

### Sign In

User ID

Password

- Forgot User ID?
- Forgot Password?
- Register Using Setup Wizard

Sign In

Get in Touch

- Sign up for email updates
- Locate a Verizon Store in your area
- Contact Us by email or phone

**Don't Worry About Losing Your Contacts**

Backup Assistant is now included with your Verizon Wireless Service!

Learn More

Why Download Backup Assistant

81631610.1