# EXHIBIT 7

# EXHIBIT 7

