# EXHIBIT 8

# EXHIBIT 8



81631623.1