# EXHIBIT 9

**EXHIBIT 9**

