# EXHIBIT 10

# EXHIBIT 10

