# EXHIBIT 11

# EXHIBIT 11

