# EXHIBIT 12

# EXHIBIT 12



81631674.2