# EXHIBIT 13

# EXHIBIT 13



81631677.2