# EXHIBIT 14

Case 1:10-cv-00547-RC    Document 1-15    Filed 09/10/10    Page 2 of 5

**EXHIBIT 14**



**EXHIBIT 14**

Navigator.  If they do not subscribe to VZ Navigator, they will receive a text message with the address.

**Locate your Family Member**

There are 2 ways by which a Family Locator member phone can be located:

- Locating a Family Member by hitting the **Locate** button on the **Family Locator** website from your PC.
- Locating a Family Member by hitting the Locate button on the Family Locator mobile website from any Verizon cell phone.

**Locate your Family Member – From the Family Locator website**

1. Navigate to the Family Locator website. Click **Sign In**. Enter the Locator's 10-digit mobile number and password to log in.
2. You can select to Locate any or all Locatees from the list of member phones in your service.  You can modify the name and icon for each Family Member by selecting their phone number and clicking on **Edit Profile**.
3. Receive a mapped location of your Family Member's location.
4. Zoom and pan to see the results better on the map.

**Locate your Family Member – From the phone**

1. In addition to using the Family Locator website, you can view the approximate location of a Locatee by visiting http://fl.vzw.com which can be accessed from the Settings & Tools Menu > My Account > My Services > Family Locator
2. After logging in, you will then select the Family Member you wish to locate. Once Family Locator has found the approximate location of the locatee's phone, location information can be viewed including the nearest address, the time they were located, and their speed. The location information in Family Locator is approximate, and accuracy may vary.
3. On the map the child's phone location is represented as a colored transparent area when zoomed in close, and a smaller red dot when zoomed out. The accuracy of the phone location will vary and the actual location of the child phone could be anywhere within the colored transparent area.

Please not that for the Locatee can be located only when their handset is:

1. Turned on.
2. Idle (Not on a call or using a Data application).
3. In a strong Verizon Wireless National Enhanced Services Rate and Coverage Area.
4. Sufficiently charged.

**Receiving Arrival & Departure updates on your phone**

An Arrival & Departure Update is sent to your cell phone when the designated Locatee arrives at or departs from a specified location.

**Manage Family Locator**

**Setting up your account online**

Set up your account and easily control Family Locator settings online. You can sign into your account on the Family Locator website.

**Setting up your profiles online**

Manage your family's Family Locator settings using Profiles and assign your family members' nicknames and icons.

1. Select the Profile link below the Family Members' names in the top left of the screen.
2. Press on the appropriate Family Member's Button to make the "Profile" link reveal itself for that particular Family Member.
3. Enter a Name (optional) in the field, for example: Brad.
4. You can also select an image from the default Avatar gallery.
5. You can also select their Time Zone so that the Scheduled Updates will fire at the correct time.
6. Click on Save to save your settings.

**Setting up your privacy settings online**

**EXHIBIT 14**

Select whether or not your family members should be asked for their permission to be located.

Privacy settings allow you to manage your family members control over how Family Locator can share their location. Choose from 2 options:

1. Always Share My Location With Family - Means that your requests for location or the creation of an Arrival & Departure Update will automatically be allowed for that Locatee.
2. Ask Before Sharing My Location With Family - Means that the locatee phone must first accept any Location or New Arrival & Departure Update request.
3. Select the Profile link below the Family Members names in the top left of the screen.
4. Press on the appropriate Family Member's Button to make the "Profile" link reveal itself for that particular Locatee.
5. Select the appropriate button under Privacy Settings. Click on Save. The setting is now assigned to the Family Member's cell phone number.

**Setting up your contacts online**

To contact multiple Family Locator users at once, you can send a single text message to one or more family members at a time.

1. Select the Send a text message link below the Family Member's name in the top left of the screen.
2. Press on the appropriate Family Member's Button to make the "Profile" link reveal itself for that particular Family Member.
3. Select Family Members and Contacts.
4. New Contacts can be set up within the Contacts tab.
5. Choose Recipients by using the Arrow Keys to move the desired recipients into the Recipients field.
6. Enter a message of 160 characters or less
7. Click on Send to send your message.
8. The message will be free to those members who are on your Family SharePlan. Standard text messaging rates will apply for other recipients.

**Setting up your Migo cell phone online**

You can also set up speed dial numbers for Locatee Migo cell phones. Migo Locatee cell  phones have 4 speed dial buttons. You can assign phone numbers from the Family Locator Web Site to four of the buttons. You can also enable or disable the child phone's emergency button used for dialing 911 in the event of an emergency.

To assign phone numbers to locatee phone speed dial buttons:

1. Select the Edit Profile link below the Family Member's name in the top left of the screen.
2. Press on the appropriate Family Member's Button to make the "Profile" link reveal itself for that particular Family Member.
3. Enter a name and numbers in each of the four speed dial locations.
4. Click on Save. The numbers will be saved to the locatee's Migo cell phone. The locatee's phone must be on or the numbers will not be saved.

How do I create a Location?

How do I review a Location I created?

How do I view driving directions to a Location?

How do I add Contacts?

**When do I receive Arrival & Departure updates on my phone?**

An Arrival & Departure Update is sent to your cell phone when the designated Locatee arrives at or departs from a specified location. You set up locations within the Locations tab on the Family Locator website. You set up Arrival & Depature updates within the Updates tab on the Family Locator website.

Where do I manage Family Locator settings?

Where do I activate my Family Locator phones?

How do I set up my profiles?

How do I manage my privacy settings?

**EXHIBIT 14**

How do I send a Family Message?

How do I set up my Migo cell phone?

What can cause a delay in receiving a Location Update or no
Update once my Family Member has left a Location?