# EXHIBIT 15

# EXHIBIT 15



81631688.2