# EXHIBIT 16

**EXHIBIT 16**



81636539.2

# EXHIBIT 16



81636539.2

# EXHIBIT 16



81636539.2

# EXHIBIT 16



81636539.2