# EXHIBIT 17

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1. | A location monitoring system, comprising: | "With Family Locator it's easy to know where your family is.  Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices.  Your family members' location information will be displayed on a detailed map." *(http://parentalcontrolcenter/#_self)* |
| 1.a | a plurality of mobile computing devices supported by a wireless network, | "With Family Locator it's easy to know where your family is.  Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices.  Your family members' location information will be displayed on a detailed map." *(http://parentalcontrolcenter/#_self)* <br><br> Each mobile device is a mobile computing device which is supported by the Verizon wireless network. |
| 1.a.1 | each of said mobile computing devices being associated with and proximate to a corresponding object; and | "With Family Locator it's easy to know where your family is.  Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices.  Your family members' location information will be displayed on a detailed map." *(http://parentalcontrolcenter/#_self)* |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b | a web server operatively connectable to the wireless network, | Family Locator includes, but is not limited to, a server found at https://familylocator.vzw.com/landing.<br> |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.1 | said web server storing locations of each of said mobile computing devices, and | A server at https://familylocator.vzw.com/landing stores the location of each of the mobile devices, which can then be retrieved via that server by pressing the "Locate" icon, as shown below.  |

81705883.1

## Exhibit 17

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.b.1 cont. | The use of the "HISTORY" tab also illustrates how a server stores locations.  |

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 | said web server enabling authorized users to access the locations of said mobile computing devices via the Internet, | For a user to be authorized to access the location information, the user is required to log into Family Locator.  |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 cont. | | Authorized users can access the location of the phones via the Verizon website at https://familylocator.vzw.com/landing.  |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 cont. | | As one example, an authorized user can click on the "Locate" icon shown above to find the location of any of the phones.  In response, the server provides the user with the location, as shown below.<br><br> |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.c | wherein access to locations of each of said mobile computing devices is controlled by the owner or user of the corresponding mobile computing device, | Access to locations is controlled by the owner of the mobile phone.<br><br>"**How do I manage my privacy settings?**"<br>Select whether or not your family members should be asked for their permission to be located. Navigate to your profile to manage your privacy settings:<br><br>1. Select the Profile link below the Family Members names in the top left of the screen.<br>2. Press on the appropriate Family Member's Button to make the "Profile" link reveal itself for that particular Locatee.<br><br>Privacy settings allow you to manage your family members control over how Family Locator can share their location. Choose from 2 options:<br><br>1. Always Share My Location With Family - Means that your requests for location or the creation of an Arrival & Departure Update will automatically be allowed for that Locatee.<br>2. Ask Before Sharing My Location With Family - Means that the locatee phone must first accept any Location or New Arrival & Departure Update request.<br>3. Select the appropriate button under Privacy Settings. Click on Save. The setting is now assigned to the Family Member's cell phone." (http://support.vzw.com/clc/faqs/Features and Optional Services/family_locator.html)<br><br>"**What can cause a delay in receiving a Location Update or no Update once my Family Member has left a Location?**"<br>Most often the phone has been turned off or is in on a call both of which prevent completion of location requests. Location information presented could also be delayed, inaccurate, interrupted or disrupted due to many factors such as atmospheric, environmental and geographic conditions, satellite location or other factors associated with use of satellites and satellite data, cell site location and information or other network conditions. Try to locate the cell phone again, it should provide the same or similar location to one of the earlier attempts. If you are unsure about your Family Member's location, you should place a call directly to the cell phone to contact your Family Member." (http://support.vzw.com/clc/faqs/Features and Optional Services/family_locator.html)<br><br>"Can anyone else track my Family Member's phone?  How secure is the service? |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| | | The account owner with access to account information and the other family members designated as 'Locators', will be able to access the Family Locator account, view location information and set up Locations for Updates to be sent to other individuals that they designate.  The location information is only viewable through the Internet on a cell phone or PC.  Locations can only be accessed by entering your account information including your password.  It is very important that you keep this information private and not disclose your account information and/or password to others." *(http://support.vzw.com/faqs/Features and Optional Services/family_locator.html)*  "Getting started with Location-Based Services (LBS) Verizon Wireless values your privacy.  Because of this, your wireless device is defaulted to only acquire your location when you dial 911.  To use Location-Based Services, you must first enable location services on your wireless device." *(Samsung Reality User Guide, page 82)* |
| 1.d | wherein the authorized users do not have to be proximate to the objects whose locations they are authorized to access, | Authorized users do not have to be near the people or phones they are locating.  Instead, "Locate your children by their LBS-enabled wireless devices and get real-time updates right on your PC or Verizon Wireless device ... You'll get the added peace of mind of knowing that you're never out of touch with your family." *(Samsung Reality User Guide, page 83)*  "Family Locator, formerly known as Chaperone, provides a convenient and valuable service to help you securely determine the location of your family members' cell phones from the Family Locator website or the Family Locator Mobile Web Site on your cell phone ..." *(http://support.vzw.com/faqs/Features and Optional Services/family_locator.html)* |
| 1.e | wherein said web server determines whether an electronic mail or instant message notification is to be sent to an authorized user based on the location of at least one of the mobile computing devices corresponding to an object, | Family Locator "Updates" allow a server to determine whether to send a notification to an authorized user based on the location of one of the phones. |

## Exhibit 17

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e cont. | | As one example, an authorized user can set an update notification to verify that Bobby Doe is at the park.<br><br> |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.e cont. | First, an authorized user can choose to "Add Update".<br><br> |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.e cont. | One type of update is to "Add Scheduled Update".<br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.<br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e cont. | | The authorized user also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.f | wherein said web server sends an electronic mail or instant message notification to the authorized user when it has been determined that an electronic mail or instant message notification is to be sent to the authorized user, | The update procedure above outlines a procedure by which a server determines if a notification is to be sent to the authorized user.<br><br>The example notification is then sent.  For example, the authorized user received the following email from notification@familylocator.vzw.com by the authorized user, based on a previously configured update.<br><br>"Bobby Doe was near [2000-2059] ST CLAIR AVE ST PAUL, MN 55105on 07/12/10 at 07:31 AM Central." (*E-mail from notification@familylocator.vzw.com to guardianloc@gmail.com (July 12, 2010 at 7:31 AM)*) |
| 1.g | wherein one or more notification locations are defined by the authorized user through interaction with said web server, and | The authorized user defines notification locations by interaction with a server. |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g cont. | | For example, the authorized user can use the "Locations" tab to add notification locations.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g cont. | | By clicking "Add Location", the authorized user can add a location, which gives the resulting address.<br><br> |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.g cont. | Similarly, the authorized user can choose the name of the location.  |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.g cont. | The authorized user can set up multiple locations.  For example, the authorized user can have notification locations for work, school, the park and football practice.<br><br> |

Page 19 of 59

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.1 | wherein the one or more notification locations that have been defined are assigned location labels by the authorized user through interaction with the web server, | As in the example above, the authorized user interacts with a server in order to assign location labels, such as work, school or football practice, to the notification locations. |
| 1.g.2 | wherein the location labels assigned by the authorized user are personal to the authorized user and not used with other users, and | Each of the location labels assigned by the authorized user are personal. |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | As one example, consider the following scenario.  The authorized user first defines a location label called Work.<br><br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | Then the authorized user attempts to define a second location with the same label but for a different address.<br><br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | The result is an error message. <br><br>  <br><br> Thus, an authorized user can not assign the same location label to multiple locations. |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h | wherein said web server determines whether the location of the mobile computing device corresponding to the object is at one of the one or more notification locations, and generates a notification when it is determined that the location of the mobile computing device is at one of the notification locations, and sends the notification to the authorized user. | Family Locator "Updates" allow a server to determine when to send a notification to an authorized user based on the location of one of the phones. |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.h cont. | As one example, an authorized user can choose to "Add Update".  |

81705883.1

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.h cont. | The authorized user can choose to add a "Scheduled Update". <br>  |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.h cont. | Parameters are added to set the dates and times when the phone should be at the notification location.  |

81705883.1

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.h cont. | The authorized user also selects whether the notification will be sent by text message and/or an email.<br> |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h cont. | | The exemplar resulting notification is then sent.  For example, the following email was received from notification@familylocator.vzw.com by the authorized user, based on a previously configured update.<br><br>"Bobby Doe was near [2000-2059] ST CLAIR AVE ST PAUL, MN 55105on 07/12/10 at 07:31 AM Central." (*E-mail from notification@familylocator.vzw.com to guardianloc@gmail.com (July 12, 2010 at 7:31 AM)*) |
| 2. | A location monitoring system as recited in claim 1, wherein each of said mobile computing devices operates to obtain location information of its location and to forward the location information to said web server. | For Family Locator to locate a particular phone, as shown in claim 1, the phone operates to determine its location and forward that information to a server. |
| 3 | A location monitoring system as recited in claim 1, wherein the object is a person, a vehicle or a package, and | The object is a person.  "With Family Locator it's easy to know where your family is.  Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices.  Your family members' location information will be displayed on a detailed map." (*http://parentalcontrolcenter/#_self*) |
| 3.a | wherein the location of each of said mobile computing devices is reacquired based on an attribute related to the corresponding mobile computing device or related to the surroundings of the corresponding mobile computing device. | Via the update procedure outlined above, the location of the device is reacquired based on the surroundings of the device, e.g., whether the device's surroundings correspond with a previously defined notification location. |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6. | A method for monitoring position of objects, each object having a mobile computing device provided therewith, the mobile computing devices capable of communicating over a wireless network, said method comprising: | "With Family Locator it's easy to know where your family is.  Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices.  Your family members' location information will be displayed on a detailed map." *(http://parentalcontrolcenter/#_self)* |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.a | receiving a location of an object at a web server through the wireless network, the location being determined using the mobile computing device corresponding to the object; and | Family Locator includes, but is not limited to, a server found at https://familylocator.vzw.com/landing.<br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.b | displaying the location of the object to a monitoring party via accessing the web server through the internet, | The monitoring party can access the location of the phones via a server at https://familylocator.vzw.com/landing.<br> |

81705883.1

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.b cont. | As one example, the monitoring party can click on the "Locate" icon shown above to find the location of any of the phones.  In response, a server provides the monitoring party with the location, as shown below.<br><br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.c | wherein the monitoring party does not have to be proximate to the object, | The monitoring party does not have to be near the people or phones they are locating.  Instead, "[l]ocate your children by their LBS-enabled wireless devices and get real-time updates right on your PC or Verizon Wireless device ... You'll get the added peace of mind of knowing that you're never out of touch with your family." *(Samsung Reality User Guide, page 83)*<br><br>"Family Locator, formerly known as Chaperone, provides a convenient and valuable service to help you securely determine the location of your family members' cell phones from the Family Locator website or the Family Locator Mobile Web Site on your cell phone ..." *(http://support.vzw.com/faqs/Features and Optional Services/family_locator.html)* |
| 6.d | wherein before the location is displayed to the monitoring party, the monitoring party has to be authorized, | The monitoring party is authorized by logging into Family Locator. |

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.d cont. |  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.e | wherein, for privacy reasons, access to locations of each of the mobile computing devices is controlled by the owner or user of the corresponding mobile computing device, | Access to locations is controlled by the owner of the mobile phone.<br><br>"**How do I manage my privacy settings?**<br>Select whether or not your family members should be asked for their permission to be located. Navigate to your profile to manage your privacy settings:<br><br>   3.  Select the Profile link below the Family Members names in the top left of the screen.<br>   4.  Press on the appropriate Family Member's Button to make the "Profile" link reveal itself for that particular Locatee.<br><br>Privacy settings allow you to manage your family members control over how Family Locator can share their location. Choose from 2 options:<br><br>   4.  Always Share My Location With Family - Means that your requests for location or the creation of an Arrival & Departure Update will automatically be allowed for that Locatee.<br>   5.  Ask Before Sharing My Location With Family - Means that the locatee phone must first accept any Location or New Arrival & Departure Update request.<br>   6.  Select the appropriate button under Privacy Settings. Click on Save. The setting is now assigned to the Family Member's cell phone." (http://support.vzw.com/clc/faqs/Features and Optional Services/family_locator.html)<br><br>"**What can cause a delay in receiving a Location Update or no Update once my Family Member has left a Location?**<br>Most often the phone has been turned off or is in on a call both of which prevent completion of location requests. Location information presented could also be delayed, inaccurate, interrupted or disrupted due to many factors such as atmospheric, environmental and geographic conditions, satellite location or other factors associated with use of satellites and satellite data, cell site location and information or other network conditions. Try to locate the cell phone again, it should provide the same or similar location to one of the earlier attempts. If you are unsure about your Family Member's location, you should place a call directly to the cell phone to contact your Family Member."<br>(http://support.vzw.com/clc/faqs/Features and Optional Services/family_locator.html)<br><br>"Can anyone else track my Family Member's phone?  How secure is the service? |

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| | | The account owner with access to account information and the other family members designated as 'Locators', will be able to access the Family Locator account, view location information and set up Locations for Updates to be sent to other individuals that they designate.  The location information is only viewable through the Internet on a cell phone or PC.  Locations can only be accessed by entering your account information including your password.  It is very important that you keep this information private and not disclose your account information and/or password to others." *(http://support.vzw.com/faqs/Features and Optional Services/family_locator.html)* <br><br> "Getting started with Location-Based Services (LBS) <br> Verizon Wireless values your privacy.  Because of this, your wireless device is defaulted to only acquire your location when you dial 911.  To use Location-Based Services, you must first enable location services on your wireless device." *(Samsung Reality User Guide, page 82)* |
| 6.f | wherein the web server determines whether a notification is to be sent to an authorized party based on the location of the mobile computing device corresponding to the object, | Family Locator "Updates" allow a server to determine whether to send a notification to an authorized party based on the location of one of the phones. |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.f cont. | As one example, an authorized party can choose to "Add Update".<br><br> |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.f cont. | One type of update that can be chosen is to "Add Scheduled Update".  |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | The authorized party also selects whether the notification will be sent by text message and/or an email.  |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.g | wherein said web server sends a notification to the authorized party when it has been determined that a notification is to be sent to the authorized party, | The update procedure above outlines the procedure by which a server determines whether a notification is to be sent to the authorized party.<br><br>That example notification is then sent.  For example, the following email was received from notification@familylocator.vzw.com by the authorized party, based on a previously configured update.<br><br>"Bobby Doe was near [2000-2059] ST CLAIR AVE ST PAUL, MN 55105on 07/12/10 at 07:31 AM Central." (*E-mail from notification@familylocator.vzw.com to guardianloc@gmail.com (July 12, 2010 at 7:31 AM)*) |
| 6.h | wherein one or more notification locations are defined by the monitoring party through interaction with the web server, and wherein the one or more notification locations that have been defined are assigned location labels by the monitoring party through interaction with the web server, and | As in the example above, the monitoring party assigns location labels, such as work, school, park or football practice, to the notification locations.<br><br>The monitoring party defines notification locations by interaction with a server. |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h cont. | | For example, the monitoring party can use the "Locations" tab to add notification locations.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h cont. | | By clicking "Add Location", the monitoring party can choose the locations, which then gives the address.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h cont. | | Next, the monitoring party gives the location a name.<br> |

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 6.h cont. | The monitoring party can set up multiple locations.  For example, the monitoring party can have notification locations for work, school and football practice.<br><br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i | wherein said method comprises: | |
| 6.i.1 | determining whether the location of the mobile computing device corresponding to the object is at one of the one or more notification locations; | Family Locator "Updates" allow a server to determine whether one or more of the phones is located at one of the notification locations. |

81705883.1

**Exhibit 17**

| Claim | Preliminary Exemplary Infringement Support |
|-------|---------------------------------------------|
| 6.i.1 cont. | As one example, a monitoring party can choose to "Add Update".  |

81705883.1

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.i.1 cont. | One type of notification that can be selected is to "Add Scheduled Update".  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.1 cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.<br><br> |

## Exhibit 17

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.1 cont. | | The monitoring party also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 | generating a notification when said determining determines that the location of the mobile computing device corresponding to the object is at one of the notification locations; and | Family Locator "Updates" allow a server to determine when to send a notification to a monitoring party based on the location of one of the phones.<br><br>As one example, a monitoring party can choose to "Add Update".<br><br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 cont. | | One type of notification is to "Add Scheduled Update".<br><br> |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.<br><br> |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 cont. | | The monitoring party also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.3 | sending the notification to the authorized party. | The update procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized party.<br><br>That example notification is then sent to the authorized party.  For example, the following email was received from notification@familylocator.vzw.com by the authorized party, based on a previously configured update.<br><br>"Bobby Doe was near [2000-2059] ST CLAIR AVE ST PAUL, MN 55105on 07/12/10 at 07:31 AM Central." (*E-mail from notification@familylocator.vzw.com to guardianloc@gmail.com (July 12, 2010 at 7:31 AM)*) |
| 12. | A method as recited in claim 6, wherein the notification being sent is an electronic mail or instant message. | Notifications are sent by either electronic mail and/or instant message. |

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 12 cont. | |  |

81705883.1

**Exhibit 17**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 13. | A method as recited in claim 6, wherein the object is a person. | The object is a person. "With Family Locator it's easy to know where your family is. Simply use your mobile device or the Web to view the location of family members with Family Locator-capable devices. Your family members' location information will be displayed on a detailed map." *(http://parentalcontrolcenter/#_self)* |
| 14. | A method as recited in claim 6, wherein the period by which said receiving operates to receive the location is in accordance with a schedule, the schedule utilizing a plurality of different periods by which the location is acquired. | Receiving locations are in accordance with a schedule which utilizes multiple different periods by which the location is acquired.<br><br>For example, Scheduled Updates are defined by both the time of the day and days of the week.<br><br> |

## Exhibit 17

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 15. | A method as recited in claim 14, wherein the schedule depends on the hour of day or the day of week. | The schedule depends upon both the hour of the day and the day of the week.  |

81705883.1