# EXHIBIT 18

# EXHIBIT 18

