# EXHIBIT 19

# EXHIBIT 19



81631228.1