# EXHIBIT 20

# EXHIBIT 20

AT&T FamilyMap - Help
https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=2
Sign In
at&t FamilyMap
help
signing up
<< back to all help topics
How do I register?
How much does AT&T FamilyMap cost?
There are two pricing options. You can locate up to two phones for $9.99 a month or you can locate up to five phones for $14.99 a month.
Your first 30 days of service are FREE! Standard data and messaging charges apply. If you do not cancel prior to the end of the free 30 days, you will automatically be subscribed and charged either $9.99 per month thereafter to locate up to two family members or $14.99 per month thereafter to locate up to five family members unless you cancel service.
To cancel, you may use any of the following options:
From your phone: Visit the My Accounts portal on your handset by opening your MEdia Net browser and scrolling to My Account at the bottom of the screen. Once in My Account, scroll to My Purchases and select AT&T FamilyMap from the Purchase History category.
From your computer: Visit http://www.att.com/directbill and follow the instructions there.
Call: You can also cancel by calling Customer Care at 1-800-331-0500. If you call Customer Care, please enter the phone number that signed up for the AT&T FamilyMap service, press 0 for more options, and then select GPS Services in the automated menu to route your call appropriately.
Can I locate a phone that isn't on my AT&T wireless account?
How do I unsubscribe?
Corporate Website | Help | Privacy Policy | Terms of Use
©2009 AT&T Intellectual Property
All rights reserved. AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
©2009 Wavemarket

81631235.1

