# EXHIBIT 21

# EXHIBIT 21



81631253.1