# EXHIBIT 22

**EXHIBIT 22**



81631267.1