# EXHIBIT 23

EXHIBIT 23



81631279.1