# EXHIBIT 24

**EXHIBIT 24**



81631293.1