# EXHIBIT 25

**EXHIBIT 25**



81631298.1