# EXHIBIT 26

**EXHIBIT 26**



**EXHIBIT 26**



81636537.2

**EXHIBIT 26**



**EXHIBIT 26**



81636537.2