# EXHIBIT 27

**Exhibit 27**

|     | Claim | Preliminary Exemplary Infringement Support |
|-----|-------|--------------------------------------------|
| 1.  | A location monitoring system, comprising: | "Locate your family members with AT&T FamilyMap!<br>Get piece of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC."<br>*(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* |
| 1.a | a plurality of mobile computing devices supported by a wireless network, | "Locate your family members with AT&T FamilyMap!<br>Get peace of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC.<br><br>Want to verify that your child arrives home from school each day?  Set up a Schedule Check to automatically get location information sent to you via text message or email.<br><br>Locate any phone indoors or outdoors on the AT&T network!"<br>*(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)*<br><br>Each of these phones is a mobile computing device which is supported by the AT&T wireless network. |
| 1.a.1 | each of said mobile computing devices being associated with and proximate to a corresponding object; and | "Locate your family members with AT&T FamilyMap!<br>Get piece of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC."<br>*(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* |
| 1.b | a web server operatively connectable to the wireless network, | FamilyMap includes, but is not limited to, a server found at https://familymap.wireless.att.com/finder-att-family/main.htm. |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.b cont. |  |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.1 | said web server storing locations of each of said mobile computing devices, and | A server at https://familymap.wireless.att.com/finder-att-family/main.htm stores the location of each of the mobile devices, which can then be retrieved via that server, as shown below.<br><br> |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.1 cont. | | The stored locations can also be seen by using the "History" tab.  Screen shot from *http://www.wireless.att.com/answer-center/main.jsp?solutionId=KB102761&t=solutionTab* |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 | said web server enabling authorized users to access the locations of said mobile computing devices via the Internet, | For a user to be authorized to access the location information, the user is required to log into FamilyMap.  |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 cont. | | Authorized users can access the location of the phones via a server at https://familymap.wireless.att.com/finder-att-family/main.htm.<br><br> |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 cont. | | As one example, an authorized user can click on the "Locate" icon shown above to find the location of any of the phones.  In response, a server provides the authorized user with the location, as shown below.<br><br> |

81691356.1

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.c | wherein access to locations of each of said mobile computing devices is controlled by the owner or user of the corresponding mobile computing device, | "Location Services can be turned on or off at Settings > General > Location Services." *(http://support.apple.com/kb/HT1975)*<br><br>"For your protection, we want you to be aware that some applications that you enable may involve the location of your phone being shared. For applications available through AT&T, we offer privacy controls that let you decide how an application may use the location of your phone and other phones on your account." *(Solstice User Guide, pages: iii)*<br><br>"Because AT&T values your privacy and knows that the visibility of your mobile phone's location is information you should control, we created tools that give the Account Holder of your AT&T wireless account the ability to manage the privacy preferences of phones on your account.  These tools let the Account Holder choose whether your phones are allowed to be tracked by others ... Furthermore, when someone on your account has signed up for the AT&T FamilyMap and identified one or more phones on the same account to be located, the Account Holder will receive notification communicating that this has occurred and will be provided information about these tools." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=3)*<br><br>"AT&T FamilyMap uses several different techniques to locate a phone. However, given all of these techniques, geographic conditions and phone limitations can still result in inaccurate locations. Common poor geographic conditions and phone limitations include:<br><br>• The phone that you are trying to locate is deep inside a building or car.<br><br>• The phone is surrounded by tall buildings, hills, or trees.<br><br>• The phone is powered off.<br><br>• The phone's battery has run out.<br><br>• The phone is not in AT&T network coverage.<br><br>• Service on the particular line/number has been terminated or suspended. |

81691356.1

**Exhibit 27**

|  | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
|  |  | By design, certain phones are more limited in providing accurate locations. For specific information on how to create optimal conditions, you should consult the phone's user manual." (*https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=5*) |
| 1.d | wherein the authorized users do not have to be proximate to the objects whose locations they are authorized to access, | Authorized users do not have to be near the people or phones they are trying to locate.  Instead, "[l]ocate your family members with AT&T FamilyMap!  Get peace of mind being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC." (*https://familymap.wireless.att.com/finder-att-family/howWorks.htm*) |
| 1.e | wherein said web server determines whether an electronic mail or instant message notification is to be sent to an authorized user based on the location of at least one of the mobile computing devices corresponding to an object, | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." (*https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1*)<br><br>FamilyMap "Schedule Checks" allow a server to determine whether to send a notification to an authorized user based on the location of one of the phones. |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.e cont. | As one example, a Schedule Check can be implemented to see if Bobby Doe is located at School.<br> |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.e cont. | Then, the authorized user can choose to "Add to Bobby Doe's Schedule".  |

81691356.1

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.  |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.e cont. | The authorized user also selects whether the notification will be sent by text message and/or an email.  |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.f | wherein said web server sends an electronic mail or instant message notification to the authorized user when it has been determined that an electronic mail or instant message notification is to be sent to the authorized user, | The Schedule Check procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized user.<br><br>That example notification is then sent.  For example, the following email was received from no-reply@familymap.wireless.att.com by the authorized user, based on a previously configured Schedule Check.<br><br>"Schedule Check Notification<br><br>Bobby Doe's phone was at School at 4:28 PM, 06/21/2010.<br><br>Bobby Doe was located within 786 yds of 5727 S 1st Ave in Minneapolis, MN at 4:28 PM, 06/21/2010. Accuracy may vary depending on handset type and network conditions.<br><br>Want to locate Bobby Doe's phone again? Go to <u>www.att.com/familymap</u>.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday, and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's schedule checks or to change how you receive these notifications, go to <u>AT&T FamilyMap</u> and click the Schedules tab." *(E-mail from no-reply@familymap.wireless.att.com to guardianloc@gmail.com on June 21, 2010 at 4:28 PM)* |
| 1.g | wherein one or more notification locations are defined by the authorized user through interaction with said web server, and | The authorized user defines notification locations by interaction with a server. |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|---------------------------------------------|
| 1.g cont. | For example, the authorized user can use "My Places" to add notification locations.<br> |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.g cont. | By clicking "Add +", the authorized user can choose the name and address of the location.  |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.g cont. | The authorized user can set up multiple locations.  For example, the authorized user can have notification locations for the park, school and work.<br><br> |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.1 | wherein the one or more notification locations that have been defined are assigned location labels by the authorized user through interaction with the web server, | As in the example above, the authorized user assigns location labels, such as "Work", "School," or "Park", to the notification locations. |
| 1.g.2 | wherein the location labels assigned by the authorized user are personal to the authorized user and not used with other users, and | Each of the location labels assigned by the authorized user are personal.<br><br>As one example, consider the following scenario.  The authorized user first defines a location label called "Work".<br><br> |

81691356.1

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.g.2 cont. | Work is then displayed as a "Place".  |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | Then the authorized user attempts to define a second location with the same label but for a different address.<br><br> |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | The result is an error message.<br><br><br><br>Thus, an authorized user can not assign the same location label to multiple locations. |

81691356.1

**Exhibit 27**

|  | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h | wherein said web server determines whether the location of the mobile computing device corresponding to the object is at one of the one or more notification locations, and generates a notification when it is determined that the location of the mobile computing device is at one of the notification locations, and sends the notification to the authorized user. | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1)* <br><br> FamilyMap "Schedule Checks" allow a server to determine whether to send a notification to an authorized user based on the location of one of the phones. |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.h cont. | As one example, an authorized user can choose to "Add to Bobby Doe's Schedule".<br><br> |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.h cont. | Parameters are added to set the dates and times when the phone should be at the notification location.<br> |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h cont. | | The authorized user also selects whether the notification will be sent by text message and/or an email.<br> |

Page 25 of 56

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h cont. | | The resulting notification is then sent to the authorized user.  For example, the following email was received from no-reply@familymap.wireless.att.com by the authorized user, based on a previously configured Schedule Check.<br><br>"Schedule Check Notification<br><br>Bobby Doe's phone was at School at 4:28 PM, 06/21/2010.<br><br>Bobby Doe was located within 786 yds of 5727 S 1st Ave in Minneapolis, MN at 4:28 PM, 06/21/2010. Accuracy may vary depending on handset type and network conditions.<br><br>Want to locate Bobby Doe's phone again? Go to www.att.com/familymap.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday, and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's schedule checks or to change how you receive these notifications, go to AT&T FamilyMap and click the Schedules tab." *(E-mail from no-reply@familymap.wireless.att.com to guardianloc@gmail.com on June 21, 2010 at 4:28 PM))* |
| 2. | A location monitoring system as recited in claim 1, wherein each of said mobile computing devices operates to obtain location information of its location and to forward the location information to said web server. | For FamilyMap to locate a particular phone, as shown in claim 1, the phone operates to determine its location and forward that information to a server. |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 3 | A location monitoring system as recited in claim 1, wherein the object is a person, a vehicle or a package, and | The object is a person. "Locate your family members with AT&T FamilyMap!  Get peace of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC." *(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* |
| 3.a | wherein the location of each of said mobile computing devices is reacquired based on an attribute related to the corresponding mobile computing device or related to the surroundings of the corresponding mobile computing device. | Via the Schedule Check procedure outlined above, the location of the device is reacquired based on the surroundings of the device, e.g., whether the device's surroundings correspond with a previously defined notification location. |
| 6. | A method for monitoring position of objects, each object having a mobile computing device provided therewith, the mobile computing devices capable of communicating over a wireless network, said method comprising: | "Locate your family members with AT&T FamilyMap! Get piece of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC." *(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* <br><br>"Locate your family members with AT&T FamilyMap! Get peace of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC. <br><br>Want to verify that your child arrives home from school each day?  Set up a Schedule Check to automatically get location information sent to you via text message or email. <br><br>Locate any phone indoors or outdoors on the AT&T network!" *(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* <br><br>Each of these phones is a mobile computing device which communicates over the AT&T wireless |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| | | network. |
| 6.a | receiving a location of an object at a web server through the wireless network, the location being determined using the mobile computing device corresponding to the object; and | FamilyMap includes, but is not limited to, a server found at https://familymap.wireless.att.com/finder-att-family/main.htm.  |

Page 28 of 56

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.a cont. | | A server receives the location of a phone.  One example is when the "LOCATE" icon is pressed.<br> |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.b | displaying the location of the object to a monitoring party via accessing the web server through the internet, | The monitoring party can access the location of the phones via the AT&T website at https://familymap.wireless.att.com/finder-att-family/main.htm.<br><br> |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.b cont. | | As one example, the monitoring party can click on the "Locate" icon shown above to find the location of any of the phones.  In response, a server provides the monitoring party with the location, as shown below.  |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.c | wherein the monitoring party does not have to be proximate to the object, | The monitoring party does not have to be near the people or phones they are trying to locate.  Instead, "[l]ocate your family members with AT&T FamilyMap!  Get peace of mind being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC." *(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* |
| 6.d | wherein before the location is displayed to the monitoring party, the monitoring party has to be authorized, | The monitoring party is authorized by logging into FamilyMap.<br> |

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.e | wherein, for privacy reasons, access to locations of each of the mobile computing devices is controlled by the owner or user of the corresponding mobile computing device, | "Because AT&T values your privacy and knows that the visibility of your mobile phone's location is information you should control, we created tools that give the Account Holder of your AT&T wireless account the ability to manage the privacy preferences of phones on your account.  These tools let the Account Holder choose whether your phones are allowed to be tracked by others ... Furthermore, when someone on your account has signed up for the AT&T FamilyMap and identified one or more phones on the same account to be located, the Account Holder will receive notification communicating that this has occurred and will be provided information about these tools." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=3)*<br><br>"For your protection, we want you to be aware that some applications that you enable may involve the location of your phone being shared. For applications available through AT&T, we offer privacy controls that let you decide how an application may use the location of your phone and other phones on your account."<br>*(Solstice User Guide, pages: iii)*<br><br>"Location Services can be turned on or off at Settings > General > Location Services."<br>*(http://support.apple.com/kb/HT1975)*<br><br>"AT&T FamilyMap uses several different techniques to locate a phone. However, given all of these techniques, geographic conditions and phone limitations can still result in inaccurate locations. Common poor geographic conditions and phone limitations include:<br><br>• The phone that you are trying to locate is deep inside a building or car.<br><br>• The phone is surrounded by tall buildings, hills, or trees.<br><br>• The phone is powered off.<br><br>• The phone's battery has run out.<br><br>• The phone is not in AT&T network coverage.<br><br>• Service on the particular line/number has been terminated or suspended. |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| | | By design, certain phones are more limited in providing accurate locations. For specific information on how to create optimal conditions, you should consult the phone's user manual." (*https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=5*) |
| 6.f | wherein the web server determines whether a notification is to be sent to an authorized party based on the location of the mobile computing device corresponding to the object, | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." (*https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1*)<br><br>FamilyMap "Schedule Checks" allow a server to determine whether to send a notification to an authorized party based on the location of one of the phones. |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.f cont. | As one example, an authorized party can choose to "Add to Bobby Doe's Schedule".  |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.<br><br> |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | The authorized party also selects whether the notification will be sent by text message and/or an email.<br> |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.g | wherein said web server sends a notification to the authorized party when it has been determined that a notification is to be sent to the authorized party, | The Schedule Check procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized party.<br><br>That notification is then sent.  For example, the following email was received from no-reply@familymap.wireless.att.com by the authorized party, based on a previously configured Schedule Check.<br><br>"Schedule Check Notification<br><br>Bobby Doe's phone was at School at 4:28 PM, 06/21/2010.<br><br>Bobby Doe was located within 786 yds of 5727 S 1st Ave in Minneapolis, MN at 4:28 PM, 06/21/2010.  Accuracy may vary depending on handset type and network conditions.<br><br>Want to locate Bobby Doe's phone again? Go to www.att.com/familymap.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday, and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's schedule checks or to change how you receive these notifications, go to AT&T FamilyMap and click the Schedules tab." *(E-mail from no-reply@familymap.wireless.att.com to guardianloc@gmail.com on June 21, 2010 at 4:28 PM))* |

**Exhibit 27**

|  | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h | wherein one or more notification locations are defined by the monitoring party through interaction with the web server, and wherein the one or more notification locations that have been defined are assigned location labels by the monitoring party through interaction with the web server, and | As in the example above, the monitoring party assigns location labels, such as "Work", "School", or "Park", to the notification locations.<br><br>The monitoring party defines notification locations by interaction with a server. |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.h cont. | For example, the monitoring party can use "My Places" to add notification locations.  |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.h cont. | By clicking "Add +", the monitoring party can choose the name and address of the location.  |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.h cont. | The monitoring party can set up multiple locations.  For example, the monitoring party can have notification locations for the park, school and work.<br><br> |

81691356.1

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i | wherein said method comprises: | |
| 6.i.1 | determining whether the location of the mobile computing device corresponding to the object is at one of the one or more notification locations; | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1)*<br><br>FamilyMap "Schedule Checks" allow a server to determine whether one of the phones is at one of the notification locations. |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 6.i.1 cont. | As one example, a monitoring party can choose to "Add to Bobby Doe's Schedule".<br> |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.i.1 cont. | Parameters are added to set the dates and times when the phone should be at the notification location.  |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|---------------------------------------------|
| 6.i.1 cont. | The monitoring party also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 | generating a notification when said determining determines that the location of the mobile computing device corresponding to the object is at one of the notification locations; and | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1)*<br><br>FamilyMap "Schedule Checks" allow a server to determine when to send a notification to a monitoring party based on the location of one of the phones. |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 6.i.2 cont. | As one example, a monitoring party can choose to "Add to Bobby Doe's Schedule".<br> |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.i.2 cont. | Parameters are added to set the dates and times when the phone should be at the notification location.  |

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.i.2 cont. | The monitoring party also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.3 | sending the notification to the authorized party. | The Schedule Check procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized party. <br><br> That notification is then sent.  For example, the following email was received from no-reply@familymap.wireless.att.com by the authorized party, based on a previously configured Schedule Check. <br><br> "Schedule Check Notification <br><br> Bobby Doe's phone was at School at 4:28 PM, 06/21/2010. <br><br> Bobby Doe was located within 786 yds of 5727 S 1st Ave in Minneapolis, MN at 4:28 PM, 06/21/2010. Accuracy may vary depending on handset type and network conditions. <br><br> Want to locate Bobby Doe's phone again? Go to www.att.com/familymap. <br><br> You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday, and be told whether Bobby Doe's phone is at School. <br><br> To update Bobby Doe's schedule checks or to change how you receive these notifications, go to AT&T FamilyMap and click the Schedules tab." *(E-mail from no-reply@familymap.wireless.att.com to guardianloc@gmail.com on June 21, 2010 at 4:28 PM))* |
| 12. | A method as recited in claim 6, wherein the notification being sent is an electronic mail or instant message. | Notifications are sent by either electronic mail and/or instant message. |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|-------|---------------------------------------------|
| 12. cont. |  |

Page 52 of 56

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 13. | A method as recited in claim 6, wherein the object is a person. | The object is a person.  "Locate your family members with AT&T FamilyMap!  Get peace of mind by being able to conveniently locate a family member's wireless phone on a map from your mobile phone or PC." *(https://familymap.wireless.att.com/finder-att-family/howWorks.htm)* |
| 14. | A method as recited in claim 6, wherein the period by which said receiving operates to receive the location is in accordance with a schedule, the schedule utilizing a plurality of different periods by which the location is acquired. | Receiving locations are in accordance with a schedule which utilizes multiple different periods by which the location is acquired. |

81691356.1

**Exhibit 27**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 14 cont. | For example, Schedule Checks are defined by both the time of the day and days of the week.  |

**Exhibit 27**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 14. cont. | | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1)* |
| 15. | A method as recited in claim 14, wherein the schedule depends on the hour of day or the day of week. | The schedule depends upon both the hour of the day and the day of the week.<br> |

81691356.1

**Exhibit 27**

|  | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 15 cont. |  | "Schedule Checks allow you to set a day and time to automatically locate a family member's phone.  For example, you can set a Schedule Check for 4:00PM every weekday to make sure your child gets home from school when you expect them.  Once you create a Schedule Check, AT&T FamilyMap will locate your family member's phone and send you the location via email or text message." *(https://familymap.wireless.att.com/finder-att-family/helpContent.htm?topic=1)* |