# EXHIBIT 29



## Family Locator **Quick Start Guide**

### What is Sprint Family Locator?

Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones.

Using GPS technology already built into Sprint phones, parents can view their child's location on an interactive map.

### What information is inside of this guide?

This Quick Start Guide contains all of the information you need to get your Sprint Family Locator account up and running.

This guide will help you to:
- Sign up for the service
- Understand and use the basic features of Family Locator





*Family Locator* **Quick Start Guide** Signing Up



Business | Find a Store | About Us | Contact Us

*Sprint Family Locator*
Locate Your Kids with GPS
Sign Up for Free Trial

View Demo

About   Requirements   Support   Sign In

## Keep Your Family Safe with Sprint Family Locator!

Sprint Family Locator allows you to locate your loved ones using their Sprint phones. Locate up to 4 phones for $5 a month. See your family's location on an interactive map.

Want to get regular updates of your family's location? Set up Safety Checks to be notified when your kid gets home from school each day or to ensure your teenager makes it home by curfew.

Sign up now and get a **15-day free trial**. $5 will be added to your monthly Sprint bill after your trial period.



### Sign Up for FREE Trial!

To get started, enter your Sprint mobile phone number and email address.

This phone number should belong to your account's primary account holder.

**Sprint Mobile Number:**

(       )       -

Enter your email address carefully. Important notifications and messages will be sent to this address.

**E-mail address:**

**Type it again:**

Continue →

©2010 Wavemarket  |  Corporate Website  |  Frequently Asked Questions  |  Your Privacy Rights  |  Copyright Notices  |  Terms of Use

©2010 Sprint. All rights reserved.

**Each page of this guide contains the image of a Sprint webpage.**

**The outlined circles on the page - - guide you through what to do to sign-up for Family Locator.**

**Yellow circles (like this one) provide general info along the way.**

**1**

Go to
**www.sprint.com/familylocator**

**2**

Enter your basic info under **Sign Up for FREE Trial** to start the registration process



**Sprint** *Family Locator*

**Signing up for Sprint Family Locator is finished in 4 pages. This is what page 1 looks like.**

1 **Basic Contact Info**   2 Security   3 Select Phones to Locate   4 Account Info and Terms

**A** Have your mobile phone on hand to make sign-up as fast as possible.

# Welcome to Sprint Family Locator!

To get started, enter your Sprint mobile phone number and email address.

This phone number should belong to your account's primary account holder.

**Sprint Mobile Number:** (      )      -

Enter your email address carefully. Important notifications and messages will be sent to this address.

**E-mail address:**

**Type it again:**

**B** This number is your primary mobile phone number

**C** Enter your day-to-day e-mail address.



> Continue

**D** Click Continue

 **Family Locator**

**EXHIBIT 29**

 Basic Contact Info   Security   Select Phones to Locate   Account Info and

*If you see this page, it means you need to verify that you have a Sprint account.*

*If you have a MySprint account and are logged into it during sign-up, you will not see this page.*

# Choose one of two options to continue signup

## Option A

### Use the temporary password we sent you

Enter the temporary password we just sent to 111-555-3002. If you choose this option, all the phones on your Sprint account will be notified that you are purchasing the service. If you choose Option B, only the phones you want to locate will be notified.

**Temporary Password:** [                    ]

> Continue with temporary password

Need help with the temporary password?

**A1**

Sprint sent a temporary password to the number that you submitted in Basic Contact Info. You can verify your identity by entering this password here.

**or**

## Option B

### Use your My Sprint account

If you have a My Sprint account, are the primary account holder on that account, and you know your login credentials, you can confirm your identity with the temporary password.

> Continue to My Sprint account

Need help with your My Sprint account?

**A2**

Do you have a MySprint account and do you know your username and password? If so, You can also verify your identity by signing-in.

**EXHIBIT 29**


*Family Locator*

**Note: You can only add phones that are on the same Sprint account as your phone.**

**Once you sign up for Sprint Family Locator, you can add compatible phones from other accounts.**

**Here, you are selecting and naming the phones that you want to locate.**

   

## Select and Name Phones

You may **select** to locate **up to four phones** from your account **for $5 per month**. All Sprint and Nextel phones are compatible to locate. Only the active phone lines on your Sprint account are displayed.



Tip: Once you sign up for Sprint Family Locator, you can add compatible phones from other accounts. Learn more.

**A**

**Select up to 4 phones that you would like to locate.**

**B**

You can **name your phones** now, too. This step is not recquired.

The phones that you select will receive a text message that they can be located. Why ?



**C**

Click **Continue**.

@2009 Wavemarket | Corporate Website | Frequently Asked Questions | Your Privacy Rights | Copyright Notices | Terms of Use
@2009 Sprint. All rights reserved.



Sprint *Family Locator*

**Enter your Family Locator information on this page**

1 Basic Contact Info   2 Security   3 Select Phones to Locate   4 Account Info and Terms

## Final Step

Your Name: [                    ]

**A**
Enter how you would like **Your Name** to be displayed in Family Locator.

Zip code: [                    ]

Create Password: [                    ]

Confirm Password: [                    ]

**B**
Enter your home **Zip Code**. This sets the center of your map.

Passwords **must be at least 6 characters long and can only contain letters and numbers**. Your Sprint Family Locator password is separate from your My Sprint password and is used to sign into the Sprint Family Locator website.

**C**
Enter a **Password**. It must be at least 6 characters long and contain at least 1 number and 1 letter.

☐ I have read and accept the Sprint Family Locator Terms of Service.

The regular rate of $5, plus taxes, will be charged to your monthly bill until you unsubscribe. Clicking **Add Family Locator** means that you agree to initiate your trial under these terms.

You will use this password to sign into Family Locator

> Add Family Locator

**D**
Check **I have read and agree to the Sprint Family Locator Terms and Conditions**.

**E**
Click **Add Family Locator** to finish.

©2009 Wavemarket  |  Corporate Website  |  Frequently Asked Questions  |  Your Privacy Rights  |  Copyright Notices  |  Terms of Use
©2009 Sprint. All rights reserved.



**Family Locator**

You are now ready to start locating your family members!

## You're Ready to Go!

Your Sprint Family Locator account is set up and ready to go.

$5.00 will be charged to your Sprint monthly bill until you unsubscribe.

> Sign In & Locate



**A**

Click **Sign In & Locate**. You will be taken to the Sprint Family Locator main page.



*Family Locator* **Quick Start Guide Using Family Locator**

To your left is a snapshot of what the main page of Family Locator looks like. Below is a close-up on the various tabs in Family Locator.



**A** Want to add a family member to Family Locator? Click **Add** and follow the prompts.

**B** Want to set up automated locates? For example: Where is Billy at 6PM on Monday, Wednesday and Friday? Click **Safety Checks**.

**C** Curious about where your family members have been? Click **History**.

**D** Click **My Places** to convert addresses into landmarks. For example, you can change "111 Chestnut St." to display as Billy's School.