# EXHIBIT 30

**EXHIBIT 30**



81631417.1