# EXHIBIT 31

**EXHIBIT 31**

