# EXHIBIT 32

EXHIBIT 32



81631431.1