# EXHIBIT 33

**EXHIBIT 33**

