# EXHIBIT 34

Case 1:10-cv-00547-RC   Document 1-35   Filed 09/10/10   Page 2 of 2

**EXHIBIT 34**



81631484.1