# EXHIBIT 35

EXHIBIT 35



81631491.1