# EXHIBIT 36

Case 1:10-cv-00547-RC   Document 1-37   Filed 09/10/10   Page 1 of 2

# EXHIBIT 36



81631495.1