# EXHIBIT 37

# EXHIBIT 37



8163653

**EXHIBIT 37**



81636538.2

EXHIBIT 37



**EXHIBIT 37**



81636538.2