# EXHIBIT 38

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1. | A location monitoring system, comprising: | "Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones.<br><br>Using GPS technology, already built into Sprint phones, parents can view their child's location on an interactive map."<br>*(Sprint Quick Start Guide, pages: 1)* |
| 1.a | a plurality of mobile computing devices supported by a wireless network, | "Sprint Family Locator allows you to locate your loved ones using their Sprint phones.  Locate up to 4 phones for $5 a month.  See your family's location on an interactive map." *(Sprint Quick Start Guide, pages: 2)*<br><br>Each phone is a mobile computing device which is supported by the Sprint wireless network. |
| 1.a.1 | each of said mobile computing devices being associated with and proximate to a corresponding object; and | "Sprint Family Locator allows you to locate your loved ones using their Sprint phones.  Locate up to 4 phones for $5 a month.  See your family's location on an interactive map." *(Sprint Quick Start Guide, pages: 2)* |
| 1.b | a web server operatively connectable to the wireless network, | Family Locator includes, but is not limited to, a server found at http://sfl.sprintpcs.com/finder-sprint-family/main.htm. |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b cont. | |  |

81691359.1

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.b.1 said web server storing locations of each of said mobile computing devices, and | A server at http://sfl.sprintpcs.com/finder-sprint-family/main.htm stores the location of each of the mobile devices, which can then be retrieved via that server by pressing the "Locate" icon, as shown below.<br><br> |

81691359.1

**Exhibit 38**

|  | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.1 cont. | | The storing of locations can also be seen by use of the "history" tab. <br><br> "Improved Location History - Now customers can see their location history side-by-side next to their map when using Sprint Family Locator on a computer. Customers can also select any location from the history to see its position on the map, including the accuracy circle, rather than just an address." (30-Oct-2008 Sprint News Release, found at *http://newsreleases.sprint.com/phoenix.zhtml?c=127149&p=irol-newsArticle_newsroom&ID=1219789*) |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 | said web server enabling authorized users to access the locations of said mobile computing devices via the Internet, | For a user to be authorized to access the location information, the user is required to log into Family Locator.<br><br> |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 cont. | | Authorized users can access the locations of the phones via a server at http://sfl.sprintpcs.com/finder-sprint-family/main.htm.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.b.2 cont. | | As one example, an authorized user can click on the "Locate" icon shown above to find the location of any of the phones. In response, a server provides the authorized user with the location, as shown below.<br><br> |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.c | wherein access to locations of each of said mobile computing devices is controlled by the owner or user of the corresponding mobile computing device, | Access to locations is controlled by the owner of the mobile phone.<br><br>"Your device is equipped with a Location feature for use in connection with location-based services. The Location feature allows the network to detect your position. Turning Location off will hide your location from everyone except 911.<br><br>Note: Turning Location on will allow the network to detect your position using GPS technology, making some Sprint applications and services easier to use. Turning Location off will disable the GPS location function for all purposes except 911, but will not hide your general location based on the cell site serving your call. No application or service may use your location without your request or permission."<br>*(hTC EVO 4G Basics Guide, page: 39* and *LG Rumor Touch User Guide, page: 39)*<br><br>"Why don't I always get a location?<br><br>Sprint Family Locator uses the GPS technology built-in to your family's mobile phones to get their locations. GPS location can be very accurate (within a few yards) if the phone can "see" the GPS satellites. If the phone is indoors or in a place where it cannot directly see the GPS satellites, the system automatically uses alternative location technologies. In these cases, you may receive a location with an accuracy of a few hundred yards or more. When you request a location you will be given the best possible location fix given the conditions.<br><br>In some situations, Sprint Family Locator will not be able to locate a phone. The most common reasons are:<br><ul><li>The phone is powered off.</li><li>The phone's battery has run out.</li><li>The phone is not in Sprint network coverage."</li></ul>*(https://sfl.sprintpcs.com/finder-sprint-family/help.htm)* |
| 1.d | wherein the authorized users do not have to be proximate to the objects whose locations they are authorized to access, | Authorized users do not have to be near the people or phones they are locating. Instead, "Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones." *(Sprint Quick Start Guide, pages: 1)* |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e | wherein said web server determines whether an electronic mail or instant message notification is to be sent to an authorized user based on the location of at least one of the mobile computing devices corresponding to an object, | Family Locator "Safety Checks" allow a server to determine whether to send a notification to an authorized user based on the location of one of the phones. |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e cont. | | As one example, one can set a safety check to verify Bobby Doe is at school.  |

81691359.1

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|-------|---------------------------------------------|
| 1.e cont. | As one example, an authorized user can choose to "Add to Bobby Doe's Safety Checks".  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.e cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.<br><br> |

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.e cont. | The authorized user also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.f | wherein said web server sends an electronic mail or instant message notification to the authorized user when it has been determined that an electronic mail or instant message notification is to be sent to the authorized user, | The safety check procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized user.<br><br>The notification is then sent.  For example, the authorized user received the following email from LocationServices-noreply@wavemarket.com by the authorized user, based on a previously configured safety check.<br><br>"Safety Check Notification<br><br>Bobby Doe's phone was at School at 4:26 PM, 06/21/2010.<br><br>Bobby Doe's phone was located within 30 yds of 5841 Wentworth Ave S in Minneapolis, MN at 4:26 PM, 06/21/2010.<br><br>Want to locate Bobby Doe's phone again?  Go to Sprint Family Locator.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's safety checks or to change how you receive these notifications, go to Sprint Family Locator and click the Safety Checks tab." *(E-mail from LocationServices-noreply@wavemarket.com to guardianloc@gmail.com (June 21, 2010 at PM))* |
| 1.g | wherein one or more notification locations are defined by the authorized user through interaction with said web server, and | The authorized user defines notification locations by interaction with a server. |

81691359.1

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|-------|--------------------------------------------|
| 1.g cont. | For example, the authorized user can use "my places" to add notification locations.  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g cont. | | By clicking "Add +", the authorized user can choose the name and address of the location.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g cont. | | The authorized user can set up multiple locations.  For example, the authorized user can have notification locations for "Work," "School," and "Football Practice."  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.1 | wherein the one or more notification locations that have been defined are assigned location labels by the authorized user through interaction with the web server, | As in the example above, the authorized user interacts with a server in order to assign location labels, such as "Work," "School," or "Football Practice" to the notification locations. |
| 1.g.2 | wherein the location labels assigned by the authorized user are personal to the authorized user and not used with other users, and | Each of the location labels assigned by the authorized user are personal. |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | As one example, consider the following scenario. The authorized user first defines a location label called "Work."  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | Then the authorized user attempts to define a second location with the same label but for a different address.  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.g.2 cont. | | The result is an error message.  Thus, an authorized user can not assign the same location label to multiple locations. |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h | wherein said web server determines whether the location of the mobile computing device corresponding to the object is at one of the one or more notification locations, and generates a notification when it is determined that the location of the mobile computing device is at one of the notification locations, and sends the notification to the authorized user. | Family Locator "Safety Checks" allow a server to determines when to send a notification to an authorized user based on the location of one of the phones. |

81691359.1

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 1.h cont. | As one example, an authorized user can choose to "Add to Bobby Doe's Safety Checks".  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h cont. | | The authorized user also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 1.h cont. | | The notification previously defined is then sent.  For example, the following email was received from LocationServices-noreply@wavemarket.com by the authorized user, based on a previously configured safety check.<br><br>"Safety Check Notification<br><br>Bobby Doe's phone was at School at 4:26 PM, 06/21/2010.<br><br>Bobby Doe's phone was located within 30 yds of 5841 Wentworth Ave S in Minneapolis, MN at 4:26 PM, 06/21/2010.<br><br>Want to locate Bobby Doe's phone again?  Go to <u>Sprint Family Locator</u>.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's safety checks or to change how you receive these notifications, go to <u>Sprint Family Locator</u> and click the Safety Checks tab." *(E-mail from LocationServices-noreply@wavemarket.com to guardianloc@gmail.com (June 21, 2010 at PM))* |
| 2. | A location monitoring system as recited in claim 1, wherein each of said mobile computing devices operates to obtain location information of its location and to forward the location information to said web server. | For Family Locator to locate a particular phone, as shown in claim 1, the phone operates to determine its location and forward that information to a server. |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 3 | A location monitoring system as recited in claim 1, wherein the object is a person, a vehicle or a package, and | The object is a person.  "Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones." *(Sprint Quick Start Guide, pages: 1)* |
| 3.a | wherein the location of each of said mobile computing devices is reacquired based on an attribute related to the corresponding mobile computing device or related to the surroundings of the corresponding mobile computing device. | Via the safety check procedure outlined above, the location of the device is reacquired based on the surroundings of the device, e.g., whether the device's surroundings correspond with a previously defined notification location. |
| 6. | A method for monitoring position of objects, each object having a mobile computing device provided therewith, the mobile computing devices capable of communicating over a wireless network, said method comprising: | "Sprint Family Locator allows you to locate your loved ones using their Sprint phones.  Locate up to 4 phones for $5 a month.  See your family's location on an interactive map." *(Sprint Quick Start Guide, pages: 2)*<br><br>"Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones.<br><br>Using GPS technology, already built into Sprint phones, parents can view their child's location on an interactive map."<br>*(Sprint Quick Start Guide, pages: 1)* |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.a | receiving a location of an object at a web server through the wireless network, the location being determined using the mobile computing device corresponding to the object; and | Family Locator includes, but is not limited to, a server found at http://sfl.sprintpcs.com/finder-sprint-family/main.htm.  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.b | displaying the location of the object to a monitoring party via accessing the web server through the internet, | The monitoring party can access the location of the phones via a server at http://sfl.sprintpcs.com/finder-sprint-family/main.htm.  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.b cont. | | As one example, the monitoring party can click on the "Locate" icon shown above to locate the location of any of the phones.  In response, a server provides the party with the location, as shown below.<br><br> |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.c | wherein the monitoring party does not have to be proximate to the object, | The monitoring party does not have to be near the people or phones they are locating. Instead, "Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones." *(Sprint Quick Start Guide, pages: 1)* |
| 6.d | wherein before the location is displayed to the monitoring party, the monitoring party has to be authorized, | For the monitoring party to be authorized, the monitoring party is required to log into Family Locator.<br><br> |

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.e | wherein, for privacy reasons, access to locations of each of the mobile computing devices is controlled by the owner or user of the corresponding mobile computing device, | Access to locations is controlled by the owner of the mobile phone.<br><br>"Your device is equipped with a Location feature for use in connection with location-based services. The Location feature allows the network to detect your position. Turning Location off will hide your location from everyone except 911.<br><br>Note: Turning Location on will allow the network to detect your position using GPS technology, making some Sprint applications and services easier to use. Turning Location off will disable the GPS location function for all purposes except 911, but will not hide your general location based on the cell site serving your call. No application or service may use your location without your request or permission."<br>*(hTC EVO 4G Basics Guide, page: 39* and *Rumor Touch User Guide, page: 39)*<br><br>"Why don't I always get a location?<br><br>Sprint Family Locator uses the GPS technology built-in to your family's mobile phones to get their locations. GPS location can be very accurate (within a few yards) if the phone can "see" the GPS satellites. If the phone is indoors or in a place where it cannot directly see the GPS satellites, the system automatically uses alternative location technologies. In these cases, you may receive a location with an accuracy of a few hundred yards or more. When you request a location you will be given the best possible location fix given the conditions.<br><br>In some situations, Sprint Family Locator will not be able to locate a phone. The most common reasons are:<br>• The phone is powered off.<br>• The phone's battery has run out.<br>• The phone is not in Sprint network coverage."<br>*(https://sfl.sprintpcs.com/finder-sprint-family/help.htm)* |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f | wherein the web server determines whether a notification is to be sent to an authorized party based on the location of the mobile computing device corresponding to the object, | Family Locator "Safety Checks" allow a server to determine whether to send a notification to an authorized party based on the location of one of the phones. |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | As one example, the authorized party can choose to "Add to Bobby Doe's Safety Checks". |



81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.f cont. | | The authorized party also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.g | wherein said web server sends a notification to the authorized party when it has been determined that a notification is to be sent to the authorized party, | The safety check procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized party.<br><br>That notification is then sent.  For example, the following email was received from LocationServices-noreply@wavemarket.com by the authorized party, based on a previously configured safety check.<br><br>"Safety Check Notification<br><br>Bobby Doe's phone was at School at 4:26 PM, 06/21/2010.<br><br>Bobby Doe's phone was located within 30 yds of 5841 Wentworth Ave S in Minneapolis, MN at 4:26 PM, 06/21/2010.<br><br>Want to locate Bobby Doe's phone again?  Go to <u>Sprint Family Locator</u>.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's safety checks or to change how you receive these notifications, go to <u>Sprint Family Locator</u> and click the Safety Checks tab." *(E-mail from LocationServices-noreply@wavemarket.com to guardianloc@gmail.com (June 21, 2010 at PM))* |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h | wherein one or more notification locations are defined by the monitoring party through interaction with the web server, and wherein the one or more notification locations that have been defined are assigned location labels by the monitoring party through interaction with the web server, and | As in the example above, the monitoring party assigns location labels, such as "Work," "School," or "Football Practice," to the notification locations.<br><br>The monitoring party defines notification locations by interaction with a server. |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h cont. | | For example, the monitoring party can use "my places" to add notification locations.  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h cont. | | By clicking "Add +", the monitoring party can choose the name and address of the location.  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.h cont. | | The monitoring party can set up multiple locations.  For example, the monitoring party can have notification locations for "Work," "School," and "Football Practice."  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i | wherein said method comprises: | |
| 6.i.1 | determining whether the location of the mobile computing device corresponding to the object is at one of the one or more notification locations; | Family Locator "Safety Checks" allow a server to determines whether to send a notification to an monitoring party based on the location of one of the phones. |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.1 cont. | | As one example, a monitoring party can choose to "Add to Bobby Doe's Safety Checks".  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.1 cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.  |

81691359.1

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.i.1 cont. | The monitoring party also selects whether the notification will be sent by text message and/or an email.  |

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|---|---|
| 6.i.2 generating a notification when said determining determines that the location of the mobile computing device corresponding to the object is at one of the notification locations; and | Family Locator "Safety Checks" allow a server to determine when to send a notification to the monitoring party based on the location of one of the phones.<br><br>As one example, the monitoring party can choose to "Add to Bobby Doe's Safety Checks".<br><br> |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 cont. | | Parameters are added to set the dates and times when the phone should be at the notification location.<br> |

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.2 cont. | | The monitoring party also selects whether the notification will be sent by text message and/or an email.  |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 6.i.3 | sending the notification to the authorized party. | The safety check procedure above outlines the procedure by which a server determines if a notification is to be sent to the authorized party.<br><br>That notification is then sent.  For example, the following email was received from LocationServices-noreply@wavemarket.com by the authorized party, based on a previously configured safety check.<br><br>"Safety Check Notification<br><br>Bobby Doe's phone was at School at 4:26 PM, 06/21/2010.<br><br>Bobby Doe's phone was located within 30 yds of 5841 Wentworth Ave S in Minneapolis, MN at 4:26 PM, 06/21/2010.<br><br>Want to locate Bobby Doe's phone again?  Go to <u>Sprint Family Locator</u>.<br><br>You have asked to receive emails at 4:30 PM on Monday, Tuesday, Wednesday, Thursday, and Friday and be told whether Bobby Doe's phone is at School.<br><br>To update Bobby Doe's safety checks or to change how you receive these notifications, go to <u>Sprint Family Locator</u> and click the Safety Checks tab." *(E-mail from LocationServices-noreply@wavemarket.com to guardianloc@gmail.com (June 21, 2010 at PM))* |
| 12. | A method as recited in claim 6, wherein the notification being sent is an electronic mail or instant message. | Notifications are sent by either electronic mail and/or instant message. |

**Exhibit 38**

| Claim | Preliminary Exemplary Infringement Support |
|-------|-------------------------------------------|
| 12 cont. |  |

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 13. | A method as recited in claim 6, wherein the object is a person. | The object is a person.  "Sprint Family Locator empowers Moms and Dads to locate loved ones from the web or their mobile phones." *(Sprint Quick Start Guide, pages: 1)* |
| 14. | A method as recited in claim 6, wherein the period by which said receiving operates to receive the location is in accordance with a schedule, the schedule utilizing a plurality of different periods by which the location is acquired. | Receiving locations are in accordance with a schedule which utilizes multiple different periods by which the location is acquired. |

81691359.1

**Exhibit 38**

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 14 cont. | | For example, safety checks are defined by both the time of the day and days of the week.  |

81691359.1

## Exhibit 38

| | Claim | Preliminary Exemplary Infringement Support |
|---|---|---|
| 15. | A method as recited in claim 14, wherein the schedule depends on the hour of day or the day of week. | The schedule depends upon both the hour of the day and the day of the week.  |

81691359.1